GOODSTEIN v. FEINBERG.

(Supreme Court, Appellate Term, First Department. November 8, 1912.)

1. APPEAL AND ERROR (§ 870*)—WAIVER AFFECTING RIGHT—APPEARANCE—NEW TRIAL.

Where plaintiff did not appeal from an order setting aside a judgment for him and ordering a new trial, but proceeded with the new trial without objection, he was precluded from afterwards contesting the validity of that order on appeal from a judgment for defendant.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3451, 3487–3489, 3491–3512; Dec. Dig. § 870.*]

2. APPEAL AND ERROR (§ 1011*)—CONCLUSIVENESS OF FINDING—CONFLICTING EVIDENCE.

A judgment on a question of fact as to which the evidence is conflicting will not be disturbed.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3983–3989; Dec. Dig. § 1011.*]

Appeal from Municipal Court, Borough of Manhattan, Second District.

Action by Harris N. Goodstein against Joseph H. Feinberg. From a judgment of the Municipal Court, rendered in favor of the defendant, plaintiff appeals. Affirmed.

Argued October term, 1912, before SEABURY, GUY, and BIJUR, JJ.

Barnett & Jablow, of New York City, for appellant.
Mortimer W. Solomon, of New York City, for respondent.

PER CURIAM. This is an appeal taken by the plaintiff from a judgment in favor of the defendant.

[1] The notice of appeal states that the appeal will bring up for review an order made by a justice of the Municipal Court, before whom the case was once tried, setting aside a judgment in favor of the plaintiff and ordering a new trial. No appeal was taken from that order, and the plaintiff appeared upon the day fixed for a new trial and proceeded therewith without objection. He is thereby precluded from now contesting the validity of that order, which could only be done upon appeal therefrom.

[2] Upon the merits of this appeal there was nothing but a question of fact, with conflicting evidence, and the judgment, not appearing to be against the weight of evidence, should not be disturbed.

Judgment affirmed, with costs.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes